[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11001
Non-Argument Calendar
_____

D.C. Docket No. 4:13-cr-00007-WTM-GRS-12

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEROY CHISHOLM,
a.k.a. Fats,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(December 4, 2014)

Before MARCUS, WILLIAM PRYOR and JULIE CARNES, Circuit Judges.

PER CURIAM:

Mark Hendrix, appointed counsel for Leroy Chisholm in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Chisholm's conviction and sentence are **AFFIRMED**.